ANGEL A. PEREIRA,           )
                            )
        Plaintiff,          )
                            )
    v.                      )        1:17CV122
                            )
DIRECTOR INS JANE/JOHN DOE, )
et al.,                     )
                            )
        Defendant(s).       )

**ORDER**

On February 17, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Plaintiff timely filed an objection. (Doc. 4.)[1]

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate

---

[1] The objection "accepts the [Magistrate] Judge['s] Order/Recommendation . . . that this case is better suited for 28 U.S.C. [§] 2241 opposed [sic] to 42 U.S.C. [§] 1983" (Doc. 4 at 1), and requests "a voluntary dismissal without prejudice as it [r]elates to § 1983 and a 30 day extension of time to [r]efile as directed pursuant to 28 U.S.C. [§] 2241" (id. at 3). In that regard, the objection states that Plaintiff (i) "has been held in the Davie County Detention Center for 20 months pending the [State's] final disposition of a[n] alleged sex offense" and (ii) "is still subject to INS/DHS detainer." (Id. at 1-2 (emphasis in original).)

Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper court, correcting the defects set out in the Order and Recommendation. The Clerk is directed to send Plaintiff § 2241 forms, instructions, and an application to proceed in forma pauperis.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of March, 2017.

_____
United States District Judge